# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | 2:22-MJ-00797-VCF |
| v. | **ORDER** |
| SERGIO GARCIA, | |
| Defendant(s). | |

Before the Court is the emergency motion for temporary release (ECF NO. 13).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the emergency motion for temporary release (ECF NO. 13), must be filed on or before noon, October 21, 2022.

DATED this 19th day of October 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1