**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | 2:22-MJ-00797-VCF |
| v. | **ORDER** |
| SERGIO GARCIA, | |
| Defendant(s). | |

Before the Court is the emergency motion for temporary release (ECF NO. 13). The government filed a response to the instant motion. The government does not oppose defendant's request to be present at the surgery of his minor child on October 25, 2022, at 2:00 PM. (ECF No. 16). The government also states that the U.S. Marshal would consider this event a special situation under their policies and conduct the transport and attendance, if certain necessary prerequisites are satisfied.

Accordingly,

IT IS HEREBY ORDERED that the emergency motion for temporary release (ECF NO. 13), is GRANTED and the following conditions apply:

(i) USMS will transport defendant Sergio Garcia to Affinity Surgery Center, located at 10135 West Twain Avenue, Las Vegas, Nevada, by 2:00 p.m. on October 25, 2022;

(ii) USMS will be in attendance and maintain custody of defendant Sergio Garcia on October 25, 2022, beginning at 2:00 p.m., at Affinity Surgery Center, and until the surgery of his son is completed; and

(iii) That any orders of transfer as to defendant Sergio Garcia outside the District of Nevada or to another detention center is stayed until after October 25, 2022.

DATED this 21st day of October 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE