# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff(s),<br><br>v.<br><br>SERGIO GARCIA,<br><br>  Defendant(s). | 2:22-MJ-00797-VCF<br><br>**ORDER** |

Before the Court is the *United States of America v. Sergio Garcia*, case no. 2:22-MJ-00797-VCF.

Accordingly,

IT IS HEREBY ORDERED that an in-person status hearing regarding ECF NO. 17, is scheduled for 1:00 PM, October 24, 2022, in Courtroom 3D. Defendant Garcia must attend the hearing.

A representative from the U.S. Marshal must attend the scheduled hearing.

DATED this 21st day of October 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1