# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SERGIO GARCIA,

        Defendant.

2:22-MJ-00797-VCF

**ORDER**

Before the Court is Sergio Garcia's motion for transcript of bond and detention hearing (ECF No. 24).

The Federal Public Defender was appointed as counsel of record for Garcia on October 13, 2022. (ECF No. 4).   Garcia filed the instant motion on his own behalf.  (ECF No. 24).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."  Defendant may not file motions on his own behalf.  *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE Sergio Garcia's motion for transcript of bond and detention hearing (ECF No. 24) from the docket.

DATED this 9th day of December 2022.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE